(INND Rev. 12/23)                                                              page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[Use this form to sue for employment discrimination. NEATLY print in ink (or type) your answers.]*

**-FILED-**

Christopher Peete

*[You are the PLAINTIFF, print your full name on this line.]*

SEP 09 2025

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

v.

Belmont Beverage/
Chalet Party Shoppe.

Case Number  3:25CV 767 DRL-SJF
*[For a new case in this court, leave blank.
The court will assign a case number.]*

*[The DEFENDANT is who you are suing.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. My address is: 810 Bower St. Elkhart IN 46514

2. My telephone number is: (574) 703-9351

3. The Defendant's address is: 3309 N. Anthony Blvd. Fort Wayne IN 46805

4. This action is brought for employment discrimination pursuant to:

☒ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.
*[race, color, gender, religion, national origin]*

○ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634.

○ Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117.

☒ Other: Retaliation and wrongful termination

5. I filed a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission on: August 4, 2025

6. The date on my Notice of Right to Sue letter is: August 18, 2025

7. The date I received my Notice of Right to Sue letter was: August 18, 2025

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement using simple English words and sentences.

   DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how the defendant discriminated against you.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

   DO NOT: Include social security numbers, dates of birth, or the names of minors.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I applied for the assistant manager position multiple times and was over looked each time for less qualified Canaditates. District manager even Spoke up for me as well as Store manager. I was given no answers at first then told I would be considered but only at another location. There were no openings at other locations. then I was told it was because I didn't have my own vehicle even though other assistants did not. There were 2 uninvestigated HR Complaints made about me November 2024. HR Nor anyone else reached out to get my side of Story, HR sided with the white female. I was told I couldn't Claim Race discrimination by District manager. MY manager filied a formal Complaint with HR on July 18,2025 about this they met without me on July 22nd and on the imorning of July 28th my manager and I were both terminated with out Reason and without so much as a write up ever. We were never even Spoken to about any Performance Issues.

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

damages for discrimination, retaliation, wrongful termination, Compensation for emotional distress, lost benefits, reputational harm, back pay, front pay, Compensatory and punitive damages, letter of recommendation, letter of apology, Consequences for COO/HR/DM for false statments made after termination, them to pay my lawyers fees

**DOCUMENTS** – I have attached a copy of the following documents:

- Charge Of Discrimination form filed with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission

- Notice of Right to Sue letter

- Other: Statement of formal Complaint by manager on July 18,2025

**FILING FEE** – Are you paying the filing fee?

- ○ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

- ☒ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

CP I will keep a copy of this complaint for my records.

CP I will promptly notify the court of any change of address.

CP I declare **under penalty of perjury** that the statements in this complaint are true.

Christopher L. Peete                    9-8-25

Signature                               Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]